IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *
                                        *
v.                                     *
                                        *    Criminal No. WMN-96-0458
ANTHONY JONES                 *    Criminal No. WMN-97-0355
                                        *
                                        *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## MEMORANDUM AND ORDER

      Defendant Anthony Ayeni Jones was charged and convicted of conspiracy to murder and kidnap in aid of racketeering, three counts of murder in aid of racketeering, conspiracy to murder in aid of racketeering, conspiracy to retaliate against witnesses, and conspiracy to distribute narcotics. Although the Government sought the death penalty as to all three murder counts, the jury did not unanimously vote the death penalty on any of those counts. On August 25, 1998, this Court sentenced Mr. Jones to life imprisonment.

      On March 13, 2014, the Court issued a Memorandum and Order modifying some of the conditions of Mr. Jones' confinement. One of the goals of those modifications was to permit Mr. Jones to have telephone contact with his mother and his daughter. Mr. Jones has subsequently filed several motions and papers seeking additional modifications of the conditions of his confinement. ECF Nos. 1212, 1213 (Crim. No. WMN-96-0458) and ECF Nos. 407,

415, 416 (Crim. No. WMN-97-0355). He explains that his mother, Ruth Jones, has suffered a stroke and has difficulty speaking and is being cared for by several members of his extended family that reside in his mother's home. Because the staff at the facility in which he is confined continues to forbid him to communicate with or through these other family members, Mr. Jones complains that the Court's recent modifications did not achieve their intended result. He has also expressed the desire to speak by telephone with his biological mother, Mrs. Ayeni, and the mother of his daughter, Mimyawa Johnson.

The Court hereby further modifies the conditions of Mr. Jones' confinement to permit him to speak on the telephone with the following individuals: his biological mother, Mrs. Ayeni (410-617-8256); his daughter's mother, Mimyawa Johnson (917-331-0133); his sister, Charlene Johnson; and his cousins, Dana Jones, Tina Bogier, and Michael Blackwell. Those last four individuals all reside at his mother's home.

Accordingly, IT IS this 4th day of December, 2014, by the United States District Court for the District of Maryland, ORDERED:

1) That Defendant's Motions to Modify Conditions of Confinement, ECF No. 1212 (Crim. No. WMN-96-0458) and ECF Nos. 407 and 415 (Crim. No. WMN-97-0355), are granted to the extent

that this Court's December 3, 1998, Order is hereby modified as follows:

    a) That, in addition to telephone communications with his attorneys, his adoptive mother, Ruth Jones, and his daughter, Mr. Jones shall be permitted telephone communications with the following individuals: his birth mother, Mrs. Ayeni; his daughter's mother, Mimyawa Johnson; his sister, Charlene Jones; his cousins - Dana Jones, Tina Bogier, and Michael Blackwell;

    2) That these modifications be implemented under whatever conditions the Bureau of Prisons deems appropriate; and

    3) That the Clerk of the Court shall mail or transmit a copy of this Order to Mr. Jones and to counsel of record.

_____
William M. Nickerson
Senior United States District Judge